# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WILBERT E BAILEY, III<br>RENEE R. BAILEY<br>      Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>      Movant<br>    vs.<br>CHASE HOME FINANCE<br>      Respondents | Case No. 16-70713JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 3544.

Regular mortgage payments are currently being directed to the following creditor at the following address:

          CHASE HOME FINANCE
          PO BOX 78420
          PHOENIX,AZ 85062

Movant has been requested to send payments to:
          CARRINGTON MORTGAGE SERVICES
          P.O. BOX 3489
          ANAHEIM, CA 92803

          3544

The Chapter 13 Trustee's CID Records of CHASE HOME FINANCE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/10/2017.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
WILBERT E BAILEY, III, RENEE R. BAILEY, 645 BLANCHE STREET, P.O. BOX 348, BEAVERDALE, PA  15921

ORIGINAL CREDITOR:
CHASE HOME FINANCE, PO BOX 78420, PHOENIX, AZ  85062

NEW CREDITOR:
CARRINGTON MORTGAGE SERVICES
P.O. BOX 3489
ANAHEIM, CA 92803

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658