## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILBERT E BAILEY, III
RENEE R. BAILEY
      Debtor(s)

Case No. 16-70713JAD

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
      Movant
      vs.
CHASE HOME FINANCE

Chapter 13

Document No __

      Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 3544.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CHASE HOME FINANCE
PO BOX 78420
PHOENIX,AZ 85062

Movant has been requested to send payments to:

CARRINGTON MORTGAGE SERVICES
P.O. BOX 3489
ANAHEIM, CA 92803

3544

The Chapter 13 Trustee's CID Records of CHASE HOME FINANCE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/10/2017.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WILBERT E BAILEY, III, RENEE R. BAILEY, 645 BLANCHE STREET, P.O. BOX 348, BEAVERDALE, PA  15921

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

ORIGINAL CREDITOR:
CHASE HOME FINANCE, PO BOX 78420, PHOENIX, AZ  85062

NEW CREDITOR:
CARRINGTON MORTGAGE SERVICES
P.O. BOX 3489
ANAHEIM, CA 92803