**<span style="color:red">MODIFIED
DEFAULT O/E JAD</span>**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Wilbert E. Bailey III<br>   Renne R. Bailey<br><br>         Debtors.<br><br>JPMORGAN CHASE BANK, N.A.<br>         Movant,<br>      v.<br>Wilbert E. Bailey III<br>Renne R. Bailey<br><br>         Respondent,<br>      and<br>TRonda J. Winnecour, Trustee<br><br>         Additional Respondent. | Bankruptcy No. 16-70713-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 26 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

   AND NOW, this _1st_ day of _Feby_ , 2017, at Pittsburgh, upon Motion of JPMORGAN CHASE BANK, N.A., it is

  **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2008 Subaru Impreza, VIN JF1GE74628G509572, in a commercially reasonable manner.

In the event that any order is entered in
this case granting relief from the automatic
stay to a secured creditor, then the Trustee
shall make no further disbursements to any
creditor on account of any secured claim that
is secured by the subject property, unless
directed otherwise by further Order of Court.

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
2/1/17 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Wilbert E. Bailey III
645 Blanche Street
P.O. Box 348
Beaverdale, PA 15921

Renne R. Bailey
645 Blanche Street
P.O. Box 348
Beaverdale, PA 15921

Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70713-JAD
Wilbert E Bailey, III                                                     Chapter 13
Renee R. Bailey
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Feb 01, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db/jdb          +Wilbert E Bailey, III,   Renee R. Bailey,   645 Blanche Street, P.O. Box 348,
                 Beaverdale, PA 15921-0348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Wilbert E Bailey, III thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 6