# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 16-70713-JAD** |
| **Wilbert E. Bailey, III and** | : |
| **Renee R. Bailey,** | : **Chapter 13** |
| **Debtors** | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of May, 2017, a true and correct copy of the Order dated May 3, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> COMMONWEALTH OF PENNSYLVANIA
> BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
> P.O. BOX 8006
> HARRISBURG, PA 17105
>
> WILBERT E. BAILEY, III
> RENEE R. BAILEY
> 645 BLANCHE STREET
> P.O. BOX 348
> BEAVERDALE, PA 15921

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: May 4, 2017 | __/s/Kenneth P. Seitz, Esquire_ |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | The Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |
| | Attorney for Debtors |