**2100 B (12/15)**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 16-70713-JAD
### Chapter 13

In re: Debtor(s) (including Name and Address)

Wilbert E Bailey, III
645 Blanche Street, P.O. Box 348
Beaverdale PA 15921

Renee R. Bailey
645 Blanche Street, P.O. Box 348
Beaverdale PA 15921

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/08/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Wilbert E Bailey, III
Renee R. Bailey
      Debtors

Case No. 16-70713-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: aala      Page 1 of 1      Date Rcvd: Oct 06, 2017
                  Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14317382        E-mail/Text: ally@ebn.phinsolutions.com Oct 07 2017 01:09:59      Ally Financial,
           PO Box 130424,   Roseville MN 55113-0004

                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Wilbert E Bailey, III thedebterasers@aol.com
        Kenneth P. Seitz    on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com
        Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         pabk@logs.com
        Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
        Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services. LLC as servicer for
        J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                       TOTAL: 8