**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/04/2020

IN RE:

WILBERT E BAILEY, III
RENEE R. BAILEY
645 BLANCHE STREET, P.O. BOX 348
BEAVERDALE, PA 15921
XXX-XX-3141        Debtor(s)

XXX-XX-3238

Case No.16-70713 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/4/2020

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 0715/PRAE |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %: 5.00%<br>Court Claim Number:1<br>CLAIM:  13,625.77<br>COMMENT:  $CL1GOVS@5%MDF/PL~PMT/TEE-CONF OE | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 8662 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  0.00<br>COMMENT:  515/PL*515.03 X (60+2)=LMT*FR ALLY*DOC 44*W/33 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 8258 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*AMDS CL 3*CL=0*W/31 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5408 |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 S DOUGLASS RD STE 200-A<br>ANAHEIM, CA  92806 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CONF*PMT/DECLAR*DKT4PMT-LMT*BGN 11/16 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3611 |
| **WYNDHAM VACATION RESORTS****<br>POB 97474<br>LAS VEGAS, NV  89195 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 5774 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6391 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:12<br>CLAIM:  1,232.62<br>COMMENT:  CITIBANK/BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM:  1,941.75<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0643 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  3,827.04<br>COMMENT:  ORCHARD/CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6426 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,410.85<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3898 |
| **CARDMEMBER SERVICE++**<br>POB 15153<br><br>WILMINGTON, DE  19886-5153 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CHASE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9271 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  2,283.28<br>COMMENT:  BON TON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5327 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~VICTORIAS SCRT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1475 |
| **CONEMAUGH PHYSICIANS GROUP**<br>1086 FRANKLIN ST<br><br>JOHNSTOWN, PA  15905 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7839 |
| **CREDIT FIRST NA\***<br>BK 13 CREDIT OPERATIONS\*<br>POB 818011\*<br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,244.99<br>COMMENT:  2011/SCH\*FIRESTONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3238 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN  56303 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5328 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  11,688.19<br>COMMENT:  1029/SCH\*2016 LOAN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0115 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~CARPET ONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5775 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4005 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,756.42<br>COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0715 |
| **VITAL RECOVERIES SVC**<br>POB 923747<br>NORCROSS, GA 30010 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LENDING CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1956 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 8,624.84<br>COMMENT: 5925/SCH*621660943 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0943 |
| **LENDING CLUB CORP++**<br>71 STEVENSON STE 300<br>SAN FRANCISCO, CA 94105 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8681 |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 S DOUGLASS RD STE 200-A<br>ANAHEIM, CA 92806 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 704.94<br>COMMENT: CL11 ARRS GOV*368/PL*THRU 10/16 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3611 |
| **DEAN R PROBER ESQ**<br>PROBER & RAPHAEL<br>20750 VENTURA BLVD STE 100<br>WOODLAND HILLS, CA 91364 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC 29603-0390 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,980.18<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3736 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 1,591.58<br>COMMENT: NT/SCH*LENDING CLUB/LC TRUST*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8681 |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 S DOUGLASS RD STE 200-A<br>ANAHEIM, CA 92806 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 325.00<br>COMMENT: PAY/DECL*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3611 |

| CLAIM RECORDS | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** <br> PO BOX 901032 <br><br> FT WORTH, TX  76101-2032 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:16-2 <br><br> CLAIM:  3,424.83 <br> COMMENT:  DFNCY BAL*AMDS CL 3*W/5 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5408 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:2 <br><br> CLAIM:  515.03 <br> COMMENT:  CL GOV*$0 ARRS/PL*FR ALLY*DOC 44*W/4 | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  8258 |