**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　WILBERT E BAILEY, III<br>RENEE R. BAILEY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　WILBERT E BAILEY, III<br>RENEE R. BAILEY<br><br>　　　Respondents | Case No.16-70713JAD<br><br>Chapter 13<br><br>Related to Dkt. No. 59 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___15th___ day of _November_, 20_21_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg,PA 17105

is hereby ordered to immediately terminate the attachment of the wages of WILBERT E BAILEY, III, social security number XXX-XX-3141.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILBERT E BAILEY, III.

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wilbert E Bailey, III  
Renee R. Bailey  
    Debtors

Case No. 16-70713-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 2  
Date Rcvd: Nov 15, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Wilbert E Bailey, III, Renee R. Bailey, 645 Blanche Street, P.O. Box 348, Beaverdale, PA 15921-0348 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Wilbert E Bailey III thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |

| District/off: 0315-7 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com logsecf@logs.com

Kristen D. Little

on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9