Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Wilbert E Bailey III**
**Renee R. Bailey**
  Debtor(s)

Bankruptcy Case No.: 16−70713−JAD

Chapter: 13
Docket No.: 65 − 64

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of December, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/22/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/2/22 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/22/22.**

<u>Jeffery A. Deller</u><br>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70713-JAD |
| Wilbert E Bailey, III | Chapter 13 |
| Renee R. Bailey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 408 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbert E Bailey, III, Renee R. Bailey, 645 Blanche Street, P.O. Box 348, Beaverdale, PA 15921-0348 |
| cr | + | Carrington Mortgage Services, LLC, its assignees a, c/o Prober & Raphael, A. Law Corp., 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14305860 | + | AES/PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 14365794 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14305869 | + | Conemuagh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14345082 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14305877 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |
| 14305878 | + | Wells Fargo, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 14363288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 28 2021 02:39:43 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 28 2021 02:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 28 2021 02:40:00 | Carrington Mortgage Services. LLC as servicer for, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:30 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14317382 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14305861 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14305862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14305863 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:52 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14305865 | + | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |

| | | | | |
|---|---|---|---|---|
| 14305867 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14305868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14305870 | + | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14330329 |   | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14305871 |   | Email/Text: bnc-bluestem@quantum3group.com | Dec 28 2021 02:41:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14305864 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:41 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14305866 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:50 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14318936 |   | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14345083 |   | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:37 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741983 |   | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:45 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14305872 | + | Email/Text: bk@lendingclub.com | Dec 28 2021 02:41:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14356720 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14338327 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:49 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14305873 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:28 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14706049 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14365950 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307609 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14337069 |   | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305874 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:52 | Syncb/Carpet One, P.O. Box 965033, Orlando, FL 32896-5033 |
| 14305875 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:30 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14305876 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:29 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14305879 |   | Email/Text: bankruptcydept@wyn.com | Dec 28 2021 02:41:00 | Wyndham Vacation Resorts, P.O. Box 98940, Las Vegas, NV 89193 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317923 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Wilbert E Bailey III thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10