**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILBERT E BAILEY, III<br>RENEE R. BAILEY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-70713 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/13/2016 and confirmed on 11/29/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,996.05 |
| Less Refunds to Debtor | 2,169.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,827.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,529.00 | |
|   Trustee Fee | 4,557.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,086.30 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 23,421.97 | 0.00 | 23,421.97 |
|     Acct: 3611 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 704.94 | 704.94 | 0.00 | 704.94 |
|     Acct: 3611 | | | | |
|   WYNDHAM VACATION RESORTS** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5774 | | | | |
|   ALLY FINANCIAL(*) | 13,625.77 | 13,625.77 | 1,822.80 | 15,448.57 |
|     Acct: 8662 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 31,931.86 | 0.00 | 31,931.86 |
|     Acct: 8258 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5408 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 515.03 | 515.03 | 0.00 | 515.03 |
|     Acct: 8258 | | | | |
| | | | | 72,022.37 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILBERT E BAILEY, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILBERT E BAILEY, III | 733.39 | 733.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILBERT E BAILEY, III | 1,435.66 | 1,435.66 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 325.00 | 325.00 | 0.00 | 325.00 |
|     Acct: 3611 | | | | |
| | | | | 325.00 |
| **Unsecured** | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6391 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,232.62 | 432.65 | 0.00 | 432.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1204 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 1,941.75 | 681.55 | 0.00 | 681.55 |
|     Acct: 0643 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 3,827.04 | 1,343.30 | 0.00 | 1,343.30 |
|     Acct: 6426 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 1,410.85 | 495.21 | 0.00 | 495.21 |
|     Acct: 3898 | | | | |
|     CARDMEMBER SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9271 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 2,283.28 | 801.43 | 0.00 | 801.43 |
|     Acct: 5327 | | | | |
|     COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1475 | | | | |
|     CONEMAUGH PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7839 | | | | |
|     CREDIT FIRST NA* | 1,244.99 | 436.99 | 0.00 | 436.99 |
|     Acct: 3238 | | | | |
|     FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5328 | | | | |
|     ONE MAIN FINANCIAL GROUP LLC A/S/F | 11,688.19 | 4,102.56 | 0.00 | 4,102.56 |
|     Acct: 0115 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5775 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4005 | | | | |
|     MIDLAND FUNDING LLC | 1,756.42 | 616.50 | 0.00 | 616.50 |
|     Acct: 0715 | | | | |
|     VITAL RECOVERIES SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1956 | | | | |
|     WELLS FARGO BANK NA | 8,624.84 | 3,027.33 | 0.00 | 3,027.33 |
|     Acct: 0943 | | | | |
|     DELL FINANCIAL SERVICES LLC | 1,980.18 | 695.04 | 0.00 | 695.04 |
|     Acct: 3736 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 1,591.58 | 558.65 | 0.00 | 558.65 |
|     Acct: 8681 | | | | |
|     JPMORGAN CHASE BANK NA | 3,424.83 | 1,202.12 | 0.00 | 1,202.12 |
|     Acct: 5408 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|     KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DEAN R PROBER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     LENDING CLUB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8681 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 14,393.33 |

TOTAL PAID TO CREDITORS                                                                                                  86,740.70

```
TOTAL CLAIMED
PRIORITY              325.00
SECURED            14,845.74
UNSECURED          41,006.57
```

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILBERT E BAILEY, III
    RENEE R. BAILEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70713 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wilbert E Bailey, III  
Renee R. Bailey  
    Debtors

Case No. 16-70713-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jhel      Page 1 of 3  
Date Rcvd: Dec 27, 2021      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbert E Bailey, III, Renee R. Bailey, 645 Blanche Street, P.O. Box 348, Beaverdale, PA 15921-0348 |
| cr | + | Carrington Mortgage Services, LLC, its assignees a, c/o Prober & Raphael, A. Law Corp., 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14305860 | + | AES/PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 14365794 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14305869 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14345082 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14305877 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |
| 14305878 | + | Wells Fargo, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 14363288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 28 2021 02:39:43 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 28 2021 02:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 28 2021 02:40:00 | Carrington Mortgage Services. LLC as servicer for, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:30 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:54 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14317382 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14305861 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14305862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14305863 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:42 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14305865 | + | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14305867 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14305868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14305870 | + | Email/Text: BKPT@cfna.com Dec 28 2021 02:40:00 | | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14330329 | | Email/Text: BKPT@cfna.com Dec 28 2021 02:40:00 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14305871 | | Email/Text: bnc-bluestem@quantum3group.com Dec 28 2021 02:41:00 | | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14305864 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 28 2021 02:39:50 | | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14305866 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 28 2021 02:39:41 | | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14318936 | | Email/Text: bk.notifications@jpmchase.com Dec 28 2021 02:40:00 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14345083 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 28 2021 02:39:37 | | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741983 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 28 2021 02:39:46 | | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14305872 | + | Email/Text: bk@lendingclub.com Dec 28 2021 02:41:00 | | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14356720 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 28 2021 02:41:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14338327 | + | Email/PDF: cbp@onemainfinancial.com Dec 28 2021 02:39:40 | | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14305873 | + | Email/PDF: cbp@onemainfinancial.com Dec 28 2021 02:39:40 | | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14706049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2021 02:39:34 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14365950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2021 02:39:54 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307609 | + | Email/PDF: rmscedi@recoverycorp.com Dec 28 2021 02:39:36 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14337069 | | Email/Text: bnc-quantum@quantum3group.com Dec 28 2021 02:41:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305874 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:51 | | Syncb/Carpet One, P.O. Box 965033, Orlando, FL 32896-5033 |
| 14305875 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:31 | | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14305876 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2021 02:39:52 | | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14305879 | | Email/Text: bankruptcydept@wyn.com Dec 28 2021 02:41:00 | | Wyndham Vacation Resorts, P.O. Box 98940, Las Vegas, NV 89193 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317923 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Wilbert E Bailey III thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10