| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wilbert E Bailey III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3141<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Renee R. Bailey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3238<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–70713–JAD | | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wilbert E Bailey III                              Renee R. Bailey

2/24/22                                           **By the court:** Jeffery A. Deller
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70713-JAD |
| Wilbert E Bailey, III | Chapter 13 |
| Renee R. Bailey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbert E Bailey, III, Renee R. Bailey, 645 Blanche Street, P.O. Box 348, Beaverdale, PA 15921-0348 |
| cr | + | Carrington Mortgage Services, LLC, its assignees a, c/o Prober & Raphael, A. Law Corp., 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14305860 | + | AES/PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 14365794 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14305869 | + | Conemuagh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14345082 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14305877 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 25 2022 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 25 2022 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 25 2022 04:28:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Services. LLC as servicer for, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | EDI: JPMORGANCHASE | Feb 25 2022 04:28:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | EDI: PRA.COM | Feb 25 2022 04:28:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

Case 16-70713-JAD    Doc 73    Filed 02/26/22    Entered 02/27/22 00:28:15    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | Flag | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14317382 | | EDI: GMACFS.COM | Feb 25 2022 04:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14305861 | + | EDI: GMACFS.COM | Feb 25 2022 04:28:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14305862 | + | EDI: CITICORP.COM | Feb 25 2022 04:28:00 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14305863 | + | EDI: CAPITALONE.COM | Feb 25 2022 04:28:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14305867 | + | EDI: WFNNB.COM | Feb 25 2022 04:28:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14305868 | + | EDI: WFNNB.COM | Feb 25 2022 04:28:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14305870 | + | EDI: CRFRSTNA.COM | Feb 25 2022 04:28:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14330329 | | EDI: CRFRSTNA.COM | Feb 25 2022 04:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14305871 | | EDI: BLUESTEM | Feb 25 2022 04:28:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14305864 | | EDI: JPMORGANCHASE | Feb 25 2022 04:28:00 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14305865 | | EDI: JPMORGANCHASE | Feb 25 2022 04:28:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062 |
| 14305866 | | EDI: JPMORGANCHASE | Feb 25 2022 04:28:00 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14318936 | | EDI: JPMORGANCHASE | Feb 25 2022 04:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14345083 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:59 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741983 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:16 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14305872 | + | Email/Text: bk@lendingclub.com | Feb 24 2022 23:36:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14356720 | + | EDI: MID8.COM | Feb 25 2022 04:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14338327 | + | EDI: AGFINANCE.COM | Feb 25 2022 04:28:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14305873 | + | EDI: AGFINANCE.COM | Feb 25 2022 04:28:00 | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14706049 | | EDI: PRA.COM | Feb 25 2022 04:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14365950 | | EDI: PRA.COM | Feb 25 2022 04:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307609 | + | EDI: RECOVERYCORP.COM | Feb 25 2022 04:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14337069 | | EDI: Q3G.COM | Feb 25 2022 04:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305874 | + | EDI: RMSC.COM | Feb 25 2022 04:28:00 | Syncb/Carpet One, P.O. Box 965033, Orlando, FL 32896-5033 |
| 14305875 | + | EDI: RMSC.COM | | |

Case 16-70713-JAD   Doc 73   Filed 02/26/22   Entered 02/27/22 00:28:15   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 25 2022 04:28:00 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14305876 | + | EDI: RMSC.COM | | |
| | | | Feb 25 2022 04:28:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14305879 | | Email/Text: bankruptcydept@wyn.com | | |
| | | | Feb 24 2022 23:36:00 | Wyndham Vacation Resorts, P.O. Box 98940, Las Vegas, NV 89193 |
| 14305878 | + | EDI: WFFC.COM | | |
| | | | Feb 25 2022 04:28:00 | Wells Fargo, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 14363288 | | EDI: WFFC.COM | | |
| | | | Feb 25 2022 04:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317923 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022                  Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Wilbert E Bailey  III thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor Carrington Mortgage Services  LLC pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | |

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Feb 24, 2022 | Form ID: 3180W | Total Noticed: 43

on behalf of Creditor Carrington Mortgage Services  LLC logsecf@logs.com, cistewart@logs.com

Kristen D. Little

on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation logsecf@logs.com  cistewart@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 10