**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILBERT E BAILEY, III
    RENEE R. BAILEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70713 JAD

Chapter 13

Related to Dkt. No. 64

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this \_\_\_23rd\_\_\_ day of \_\_\_February\_\_\_, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/23/22 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70713-JAD |
| Wilbert E Bailey, III | Chapter 13 |
| Renee R. Bailey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilbert E Bailey, III, Renee R. Bailey, 645 Blanche Street, P.O. Box 348, Beaverdale, PA 15921-0348 |
| cr | + | Carrington Mortgage Services, LLC, its assignees a, c/o Prober & Raphael, A. Law Corp., 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14305860 | + | AES/PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 14365794 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14305869 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14345082 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14305877 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |
| 14305878 | + | Wells Fargo, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 14363288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Services. LLC as servicer for, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 23:36:53 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14317382 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14305861 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 23:35:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14305862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14305863 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:03 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14305867 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |

| Recipient # | Method | Date/Time | Recipient |
|---|---|---|---|
| 14305868 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 24 2022 23:35:00 | | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14305870 | + Email/Text: BKPT@cfna.com Feb 24 2022 23:35:00 | | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14330329 | Email/Text: BKPT@cfna.com Feb 24 2022 23:35:00 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14305871 | Email/Text: bnc-bluestem@quantum3group.com Feb 24 2022 23:36:00 | | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14305864 | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:36:53 | | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14305865 | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:36:53 | | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062 |
| 14305866 | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:37:11 | | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14318936 | Email/PDF: ais.chase.ebn@aisinfo.com Feb 24 2022 23:37:11 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14345083 | Email/PDF: resurgentbknotifications@resurgent.com Feb 24 2022 23:36:58 | | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741983 | Email/PDF: resurgentbknotifications@resurgent.com Feb 24 2022 23:36:58 | | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 14305872 | + Email/Text: bk@lendingclub.com Feb 24 2022 23:36:00 | | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14356720 | + Email/Text: bankruptcydpt@mcmcg.com Feb 24 2022 23:36:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14338327 | + Email/PDF: cbp@onemainfinancial.com Feb 24 2022 23:36:52 | | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14305873 | + Email/PDF: cbp@onemainfinancial.com Feb 24 2022 23:37:09 | | OneMain Financial, 3209 B Elton Road, Johnstown, PA 15904-2807 |
| 14706049 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:37:15 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14365950 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2022 23:37:15 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307609 | + Email/PDF: rmscedi@recoverycorp.com Feb 24 2022 23:36:57 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14337069 | Email/Text: bnc-quantum@quantum3group.com Feb 24 2022 23:36:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305874 | + Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:03 | | Syncb/Carpet One, P.O. Box 965033, Orlando, FL 32896-5033 |
| 14305875 | + Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:36:54 | | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14305876 | + Email/PDF: gecsedi@recoverycorp.com Feb 24 2022 23:37:03 | | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14305879 | Email/Text: bankruptcydept@wyn.com Feb 24 2022 23:36:00 | | Wyndham Vacation Resorts, P.O. Box 98940, Las Vegas, NV 89193 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317923 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Wilbert E Bailey III thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Renee R. Bailey thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, cistewart@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services. LLC as servicer for J.P. Morgan Mortgage Acquisition Corporation logsecf@logs.com cistewart@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10